**GARCIA, Carmen**
**Dkt. No. 16cr168**

# MODIFIED
## ADDITIONAL CONDITIONS OF RELEASE

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community, it is FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

☐ (6) The defendant is placed in the custody of:

    Name of person or organization

who agrees (a) to supervise the defendant in accordance with all conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

    SIGNED: _____
                    CUSTODIAN

☑ (7) <u>The defendant must:</u>

☑ (a) you must reside at and participate in the Teen Challenge International Residential Treatment Program, as directed by program staff and Pretrial Services; You must remain in the inpatient facility until released by the Pretrial Services Officer; A responsible party approved by Pretrial Services, shall escort you to all required court hearings and escort you back to the program upon completion of the hearing;

☑ (b) your travel is restricted to the Eastern and Central Districts of CA, unless otherwise approved in advance by the PSO;

☑ (c) report by telephone to the Pretrial Services Agency upon your arrival to the Teen Challenge Residential Program;

☑ (d) all other conditions of release previously imposed, not in conflict with this order, shall remain in full force and effect.