HEATHER E. WILLIAMS, CA BAR #122664
Federal Defender
MEGAN T. HOPKINS, CA BAR #294141
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: 559.487.5561/Fax: 559.487.5950

Attorneys for Defendant
CARMEN GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>vs.<br><br>CARMEN GARCIA,<br><br>*Defendant.* | Case No. 1:16-cr-000168-DAD-BAM<br><br>**JOINT STATUS REPORT RE: TEEN CHALLENGE PROGRAM; EXHIBIT A; REQUEST TO CONTINUE STATUS CONFERENCE OR WAIVE APPEARANCE; ORDER** |

Defendant Carmen Garcia, by and through her attorney of record, Assistant Federal Defender Megan T. Hopkins, and counsel for the Government, Assistant United States Attorney Laurel Montoya, hereby submit the following status report regarding Ms. Garcia's progress at the Teen Challenge program in Bakersfield, CA.

Ms. Garcia entered the Teen Challenge program on November 1, 2018. It is a 13-month program, with optional extension as determined necessary by program staff. It is anticipated that Ms. Garcia will remain at the program's facility until completion in December 2019. Amanda Lejeck, the induction and outreach coordinator for the Teen Challenge program, provided this counsel with a letter confirming Ms. Garcia's current residence and full participation in the Teen Challenge program on February 20, 2019.[1]

---

[1] A copy of the letter is attached to this status report as Exhibit A.

1

1     In the letter, Ms. Lejeck writes that Ms. Garcia has shown "tremendous growth" at the program, and is one of their "best students." Ms. Garcia has completed the group study coursework and is transitioning to the next phase of the program. In light of Ms. Garcia's progress in the program and ongoing participation, the parties request that the status conference in this matter be continued to August 5, 2019 at 10:00 a.m. for a further status report regarding Ms. Garcia's progress in the program. Alternatively, should the Court prefer to hold the hearing as currently scheduled, the parties agree that Ms. Garcia's personal appearance at the status conference currently set for Monday, March 4, 2019 at 10:00 a.m. should be waived, so that she need not absent herself from the program in order to attend the hearing.

HEATHER E. WILLIAMS  
Federal Defender

DATED: March 1, 2019      */s/ Megan T. Hopkins*  
MEGAN T. HOPKINS  
Assistant Federal Defender  
Attorney for Defendant  
CARMEN GARCIA

McGREGOR W, SCOTT  
United States Attorney

DATED: March 1, 2019      */s/ Laurel Montoya*  
LAUREL MONTOYA  
Assistant United States Attorney  
Attorney for the United States

**O R D E R**

**IT IS SO ORDERED.** The status conference currently scheduled for March 4, 2019 at 10:00 a.m. is hereby continued to August 5, 2019 at 10:00 a.m. Defendant need not appear at that hearing if she is still residing at the program and participating as directed.

IT IS SO ORDERED.

Dated: __**March 1, 2019**__  _____
UNITED STATES DISTRICT JUDGE