HEATHER E. WILLIAMS, CA BAR #122664
Federal Defender
MEGAN T. HOPKINS, CA BAR #294141
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559.487.5561/Fax: 559.487.5950

Attorneys for Defendant
CARMEN GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>vs.<br><br>CARMEN GARCIA,<br><br>*Defendant.* | Case No.  1:16-cr-000168-DAD-BAM<br><br>**JOINT STATUS REPORT RE: TEEN CHALLENGE PROGRAM; REQUEST TO VACATE STATUS CONFERENCE AND SET SENTENCING HEARING; ORDER** |

Defendant Carmen Garcia, by and through her attorney of record, Assistant Federal Defender Megan T. Hopkins, and counsel for the Government, Assistant United States Attorney Laurel Montoya, hereby submit the following status report regarding Ms. Garcia's progress at the Teen Challenge program in Ventura, CA.

Ms. Garcia entered the Teen Challenge program on November 1, 2018 in Bakersfield, CA.  She has since phased up and transitioned to the Ventura, CA location.  Ms. Garcia is doing very well in the program and is expected to graduate on November 17, 2019.  She has applied for and has been accepted into the Teen Challenge Apprentice Program, which will extend her stay to March 2020.

In light of Ms. Garcia's progress in the program and ongoing participation, the parties request that the status conference in this matter be vacated, and a sentencing hearing in Ms. Garcia's case be set for April 13, 2020 at 10:00 a.m.  Ms. Garcia is expected to have graduated

from the program and completed her apprenticeship by that time, and will be able to personally appear for sentencing.

                                            HEATHER E. WILLIAMS
                                            Federal Defender

DATED: July 30, 2019                    */s/ Megan T. Hopkins*
                                            MEGAN T. HOPKINS
                                            Assistant Federal Defender
                                            Attorney for Defendant
                                            CARMEN GARCIA


                                            McGREGOR W, SCOTT
                                            United States Attorney

DATED: July 30, 2019                    */s/ Laurel Montoya*
                                            LAUREL MONTOYA
                                            Assistant United States Attorney
                                            Attorney for the United States

## **O R D E R**

**IT IS SO ORDERED.** The status conference currently scheduled for August 5, 2019 at 10:00 a.m. is hereby vacated and this matter is set for sentencing on April 13, 2020 at 10:00 a.m. Defendant is ordered to appear at that date and time for sentencing.

IT IS SO ORDERED.

Dated:   **July 31, 2019**                                   */s/ Dale A. Drozd*
                                                            UNITED STATES DISTRICT JUDGE