HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
MEGAN HOPKINS, CA Bar #294141
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
CARMEN GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:16-cr-00168-DAD |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING; ORDER** |
| vs. | Date: May 26, 2020<br>Time: 10:00 a.m.<br>Judge: Honorable Dale A. Drozd |
| CARMEN GARCIA, | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney, Laurel Montoya, counsel for the plaintiff, and Assistant Federal Defender, Megan T. Hopkins, counsel for defendant, Carmen Garcia, that the sentencing hearing currently set for April 13, 2020 be continued to May 26, 2020, at 10:00 a.m., before the Honorable Dale A. Drozd.

Defense counsel requests this continuance due to international travel that defense counsel has scheduled for investigation in another case, which needs to take place at the end of March, 2020[1]. Due to defense counsel being outside of the country and unable to ensure access to records necessary to prepare for sentencing and file necessary materials with the Court, a short

---

[1] Defense counsel is required to obtain approval from the state department for international travel, and has been advised that the trip must take place on or after March 20, 2020. The investigation is somewhat urgent, and so defense counsel has scheduled the travel for the soonest available dates: March 20-28, 2020.

| | |
|---|---|
| 1 | continuance is needed.  Counsel will already be appearing in Fresno on another matter on May |
| 2 | 26, 2020, and therefore that same date is requested in this matter.  The brief continuance, which |
| 3 | counsel for plaintiff joins in requesting, will permit the parties sufficient time to meet all filing |
| 4 | deadlines and adequately prepare for sentencing in this matter. |

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Dated: March 11, 2020            By:    */s/ Laurel Montoya*
                                        LAUREL MONTOYA
                                        Assistant United States Attorney
                                        Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender


Dated: March 11, 2020            By:    */s/ Megan Hopkins*
                                        MEGAN HOPKINS
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        CARMEN GARCIA


## **ORDER**

The Court hereby grants the parties' request to continue the sentencing hearing and set the matter for sentencing on May 26, 2020 at 10:00 a.m in Courtroom No. 5.  The presence schedule shall be adjusted accordingly based on the new hearing date.

IT IS SO ORDERED.

Dated:   **March 11, 2020**                     _____
                                                UNITED STATES DISTRICT JUDGE